IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**THE PRUDENTIAL INSURANCE**
**COMPANY OF AMERICA**                                                                   **PLAINTIFF**

**v.**                                                        **CIVIL ACTION NO. 2:16-CV-175-KS-MTP**

**JEFFREY MANNING et al.**                                                               **DEFENDANTS**

## ORDER

On March 1, 2017, Plaintiff The Prudential Insurance Company of America ("Movant") filed its Motion for Deposit and Interpleader Relief [16]. Plaintiffs ("Respondents") have until on or before **March 15, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movant wishes to file a rebuttal, it may do so on or before **March 22, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondents require an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondents' response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the __2nd__ day of March, 2017.

                                                         __s/Keith Starrett__
                                                        KEITH STARRETT
                                                        UNITED STATES DISTRICT JUDGE